AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendants*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 07 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: SC "NO COPY" DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>K. ADAMSON, M.D., et al,<br><br>    Defendants. | Case No. 3:19-cv-00167-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above captioned action should be dismissed in its entirety with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorney's fees and costs.

\* \* \*

DATED this 23 day of March, 2021.　　DATED this 7th day of April, 2021.

　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　By:　/s/ Kayla D. Dorame
　　HAROLD SMITH (#79192)　　　　　KAYLA D. DORAME
　　Plaintiff, Pro Se　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: April 9, 2021

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of April, 2021, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Harold Smith #79192
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General